# EXHIBIT A

{ GEN00001 / 001 / 00007818.DOC /}



**FRANK/GECKER LLP**
325 N. LaSalle Street, Suite 625
CHICAGO, ILLINOIS 60610
(312) 276-1400 • www.fgllp.com

June 14, 2007

FEIN 20-1952153

In Reference To:   The Estate of Charlesetta Davidson; Case No. 05 B 29663
Invoice #2149

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Adversary Proceedings** | | |
| 1/4/2006 | Draft adversary complaint to sell joint owned real estate.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 1/9/2006 | Revise Adversary complaint to sell joint owned real estate.<br>Zane L. Zielinski | 2.70<br>$220.00 | $594.00 |
| 1/30/2006 | Revise Complaint to sell joint-owned real estate.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 1/31/2006 | Revise complaint.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 2/23/2006 | Telephone call with Debtor regarding adversary proceeding against Debtor's daughter (.2).<br>Zane L. Zielinski | 0.20<br>$220.00 | $44.00 |
| 3/9/2006 | Prepare for and appear in court on status hearing.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 3/10/2006 | Draft motion for Default Judgment against Sheryl Davidson (2.0); prepare default judgment order (.4); review and prepare notice of Default Judgment (.1).<br>Zane L. Zielinski | 2.50<br>$220.00 | $550.00 |
| 3/16/2006 | Review and revise Default Judgment Motion (.70); electronically filed with U.S. Bankruptcy Court for the N.D. of Illinois (.10); service to all interested parties (.20); docket same on bankruptcy calendar (.10).<br>Christina S. Smith | 1.10<br>$165.00 | $181.50 |
| | Review and revise motion for entry of Default (1.2); draft judgment for default (.9).<br>Zane L. Zielinski | 2.10<br>$220.00 | $462.00 |
| 3/23/2006 | Prepare for and appear in court on motion for entry of default judgment against Sheryl Davidson.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |

Invoice Dated:   June 14, 2007

| Date | Description | Hours | Amount |
|---|---|---|---|
| 6/1/2006 | Prepare for and appear in court on status of Adversary proceeding against Sheryl Davidson.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 7/6/2006 | Telephone conference with Sheryl Davidson regarding resolution of adversary proceeding against her (.50); draft email memorandum to Frances Gecker regarding proposed settlement (.20); draft settlement agreement for Sheryl Davidson settling matter for $5,000.00 of the sale proceeds (2.30).<br>Zane L. Zielinski | 3.00<br>$220.00 | $660.00 |
| 7/10/2006 | Prepare motion to approve settlement agreement (.80); prepare notice of motion, order and minute order regarding same (.20); revisions to same (.20).<br>Christina S. Smith | 1.20<br>$165.00 | $198.00 |
| 7/11/2006 | Revise motion to approve settlement (.60); meeting with Zane Zielinski regarding signed settlement agreement (.20).<br>Christina S. Smith | 0.80<br>$165.00 | $132.00 |
| | Conference with Sheryl Davidson regarding settlement of Count II of the Adversary Proceeding (1.5); review and revise motion to approve compromise with Sheryl Davidson (2.0).<br>Zane L. Zielinski | 3.50<br>$220.00 | $770.00 |
| 7/12/2006 | Review and revise order approving settlement with Sheryl Davidson.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| | Draft and revise order regarding settlement motion (.80); electronically filed same with U.S. Bankruptcy Court for the N.D. of Illinois (.10); service to all interested parties (.10).<br>Christina S. Smith | 1.00<br>$165.00 | $165.00 |
| 7/20/2006 | Prepare for and appear in court on motion to approve settlement with Sheryl Davidson regarding distribution of proceeds from sale of real estate.<br>Zane L. Zielinski | 1.10<br>$220.00 | $242.00 |
| 7/24/2006 | Conference with Chris Smith regarding confirming funds being sent to Sheryl Davidson as payment of non-estate funds being held by Trustee.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |

**Total Charges This Matter**                                                                                 **25.10 $5,296.50**

- 3 -

Invoice Dated:   June 14, 2007

|  |  | Hours | Amount |
|---|---|---:|---:|
| **Claims** | | | |
| 8/28/2006 | Review claims filed to determine validity and potential distributions.<br>Zane L. Zielinski | 2.00<br>$220.00 | $440.00 |
| 11/14/2006 | Telephone call with Debtor regarding status of case, claims and potential distributions.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| **Total Charges This Matter** | | **2.30** | **$506.00** |

Invoice Dated:   June 14, 2007

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Fee Application** | | |
| 2/2/2006 | Review and revise motion to employ Frank/Gecker.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 2/3/2006 | Review and revise affidavit of Frances Gecker, and order to employ Frank/Gecker<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 2/23/2006 | Prepare for and appear in court on motion to employ.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 7/13/2006 | Review and revise motion to employ accountant.<br>Zane L. Zielinski | 0.70<br>$220.00 | $154.00 |
| | Receive and review Trustee's Accountant's signed affidavit; draft and revise motion to hire Trustee's Accountant; electronically filed same with U.S. Bankruptcy Court for the N.D. of IL and service to all interested parties; meeting with Zane Zielinski regarding same.<br>Christina S. Smith | 1.90<br>$165.00 | $313.50 |
| 7/14/2006 | Receive call from court docket clerk regarding filing of amended notice of motion; revise notice of motion regarding hiring Trustee's counsel; electronically filed same with U.S. Bankruptcy Court for the N.D. of IL; service to all parties in interest.<br>Christina S. Smith | 0.50<br>$165.00 | $82.50 |
| 7/26/2006 | Continue working on fee application.<br>Christina S. Smith | 1.10<br>$165.00 | $181.50 |
| 9/8/2006 | Prepare cover sheet, notice of hearing, certificate of service and Proposed Order for Trustee's accountant's fee application; electronically filed same with U.S. Bankruptcy Court for the N.D. of IL; service to all interested parties.<br>Christina S. Smith | 1.00<br>$165.00 | $165.00 |
| | Review fee application of Alan Lasko<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 9/28/2006 | Prepare for and appear in court on motion to approve accountant's fees.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 5/21/2007 | Review Frank/Gecker time detailing preparation for final report.<br>Zane L. Zielinski | 1.00<br>$230.00 | $230.00 |
| | **Total Charges This Matter** | **10.50** | **$2,072.50** |

Invoice Dated:   June 14, 2007

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Sale of Assets** | | |
| 4/10/2005 | Review closing documents and order title survey.<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |
| 12/14/2005 | Prepare for and appear in court on motion to lift automatic stay.<br>Zane L. Zielinski | 0.80<br>$215.00 | $172.00 |
| 2/2/2006 | Review and revise motion to employ real estate broker.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| | Communicate with Eve Parenti regarding the marketing and the sale of the real estate (.3); draft affidavit of Even Parenti regarding employing New Life Real Estate as the Real estate Broker (.6).<br>Zane L. Zielinski | 0.90<br>$220.00 | $198.00 |
| 2/7/2006 | Review motion to employ counsel.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 2/8/2006 | Review motion to employ Eve Parenti.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 2/16/2006 | Prepare for and appear in court on motion to employ real estate broker; motion to lift automatic stay (1.0); conference with bank's attorney regarding effective date of order to lift automatic stay (0.1); telephone call with Debtor's attorney regarding access and documents for payments made by debtor (.3); communicate with Eve Parenti regarding scheduling showings (.2).<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 2/20/2006 | Telephone call with Eve Parenti regarding access to the real estate; telephone call with David Lloyd regarding access to the real estate.<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |
| 2/24/2006 | Confirm with Even Parenti that the Real estate is listed on the MLS.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 2/27/2006 | Review contract on purchase of real estate(.3); communicate with Eve Parenti as to status of possible sales (.3); telephone call with realtor for potential buyer regarding conversations with Sheryl Davidson (.3).<br>Zane L. Zielinski | 0.90<br>$220.00 | $198.00 |
| 3/6/2006 | Review two contracts for the purchase of real estate.<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |
| 3/7/2006 | Review contracts for the purchase of real estate; telephone call with real estate broker regarding rejections of contracts as written, and request new contracts be drafted.<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |

Invoice Dated:   June 14, 2007

|  |  | Hours | Amount |
|---|---|---:|---:|
| 3/9/2006 | Communicate with realtor regarding contract to purchase (.2); review revised contract to purchase and conference with Frances Gecker regarding same (.3).<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |
| 3/13/2006 | Review new contract to purchase real estate.<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |
| 3/14/2006 | Review payoff letter from Mortgage company (.2); review foreclosure documents filed by mortgage company and order title commitment from Greater Illinois Title (.3).<br>Zane L. Zielinski | 0.50<br>$220.00 | $110.00 |
| 3/17/2006 | Draft bankruptcy court rider for contract to sell real estate (.5); communicate with realtor regarding service of motion to sell real estate (.1).<br>Zane L. Zielinski | 0.60<br>$220.00 | $132.00 |
| 3/20/2006 | Draft motion to sell real estate (2.5); review and revise service list (.2); prepare draft order (.2); telephone call with realtor regarding rider and potential closing dates (.2); order title report from title company (.2); prepare amended certificate of service of Sheryl Davidson (.2).<br>Zane L. Zielinski | 3.50<br>$220.00 | $770.00 |
| 3/21/2006 | Review and revise motion to sell real estate and draft order.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
|  | Review motion to approve sale of real estate (0.3); call Zane Zielinski regarding pending adversary against Sherly Davidson (0.2).<br>Frances Gecker | 0.50<br>$500.00 | $250.00 |
|  | Review and revise Trustee's Motion to Approve Sale of the Real Estate Free and Clear of Liens; meeting with Zane Zielinski regarding same.<br>Christina S. Smith | 1.90<br>$165.00 | $313.50 |
| 3/22/2006 | Brief meeting with Frances Gecker regarding Sale Motion; electronically filed with U.S. Bankruptcy Court for the N.D. of Illinois; service to all interested parties.<br>Christina S. Smith | 1.00<br>$165.00 | $165.00 |
| 3/29/2006 | Review title report on real estate to determine if any outstanding liens attached to the real estate.<br>Zane L. Zielinski | 0.70<br>$220.00 | $154.00 |
| 4/12/2006 | Telephone call with Buyer's realtor regarding mortgage contingency on the contract; telephone call to Greater Illinois Title regarding scheduling a real estate closing; draft letter to buyer's attorney regarding real estate closing.<br>Zane L. Zielinski | 0.40<br>$220.00 | $88.00 |

Invoice Dated:   June 14, 2007

| | Hours | Amount |
|---|---:|---:|
| 4/12/2006  Research removing joint tenant from real estate after entry of order authorizing sale of real estate (2.0);<br>Zane L. Zielinski | 2.00<br>$220.00 | $440.00 |
| 4/13/2006  Draft motion for an order directing Sheryl Davidson to vacate the real estate (2.5).<br>Zane L. Zielinski | 2.50<br>$220.00 | $550.00 |
| 4/14/2006  Draft Trustee's deed and forward to Greater Illinois Title for review and confirmation that it is sufficient to transfer title to buyer; communicate with Greater Illinois Title regarding same.<br>Zane L. Zielinski | 1.20<br>$220.00 | $264.00 |
| Revise motion to vacate real estate, as motion to turnover possession of real estate (1.5); conference with Frances Gecker regarding same (.3); research turnover case law regarding possession to real estate (.7).<br>Zane L. Zielinski | 2.50<br>$220.00 | $550.00 |
| 4/17/2006  Draft letter to David Lloyd regarding timing of real estate closing.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 4/18/2006  Draft and revise motion for contempt order.<br>Christina S. Smith | 2.60<br>$165.00 | $429.00 |
| 4/20/2006  Communicate with Sheryl Davidson's father regarding leaving the real estate.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
| 4/21/2006  Telephone call with Buyer's mortgage company regarding documents needed with respect to bankruptcy and value of the real estate (.4); prepare and send documents to mortgage company regarding same (.5); prepare Trustee's eviction notice (.6); communicate with Eve Parenti regarding serving eviction notice (.1).<br>Zane L. Zielinski | 1.60<br>$220.00 | $352.00 |
| Draft and revise motion to compel turnover of real estate; draft proposed order, minute order and prepare exhibits; electronically filed same with U.S. Bankruptcy Court for the N.D. of IL; service of same to all interested parties.<br>Christina S. Smith | 1.80<br>$165.00 | $297.00 |
| 4/24/2006  Prepare closing statement, review contract and real estate tax pro-rations, review real estate taxes, revise trustee's dead, review payoff letter, draft affidavit of title, draft bill of sale (1.7); telephone call to realtor regarding schedule of closing and possession escrow (.2); telephone call to title company regarding clearing title issues on joint-owned real estate (.1).<br>Zane L. Zielinski | 2.00<br>$220.00 | $440.00 |

- 8 -

Invoice Dated:   June 14, 2007

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/24/2006 | Telephone call with Charlesetta Davidson regarding timing for leaving real estate.<br>Zane L. Zielinski | 0.30<br>$220.00 | $66.00 |
|  | Telephone call with buyer's mortgage agent regarding documentation for the lender (.3); review and prepare documentation requested by the lender (.4).<br>Zane L. Zielinski | 0.70<br>$220.00 | $154.00 |
| 4/25/2006 | Telephone call (x3) with Jennifer Wright at Greater Illinois Title regarding clearing title to sell real estate, real estate property taxes and name of buyers (.5); telephone call with Buyer's attorney regarding names of purchasers (.1); telephone call to real estate brokers (x2) regarding documents needed for closing (.3); telephone call with Greater Illinois title closing department regarding documents needed for closing, and prepare documents requested for closing (.3); revise closing statement to include additional costs (.2).<br>Zane L. Zielinski | 1.20<br>$230.00 | $276.00 |
| 4/26/2006 | Prepare for and appear in court on Trustee's motion to approve sale.<br>Zane L. Zielinski | 1.00<br>$220.00 | $220.00 |
| 4/27/2006 | Telephone call to L.R. Pass regarding survey (.3); prepare for and attend real estate closing for the sale of 2432 Grunewald, Blue Island, Illinois (2.5).<br>Zane L. Zielinski | 3.80<br>$220.00 | $836.00 |
| 4/28/2006 | Review and sign letters regarding disbursement of sale proceeds.<br>Zane L. Zielinski | 0.20<br>$220.00 | $44.00 |
| | **Total Charges This Matter** | **42.60** | **$9,118.50** |

Invoice Dated:   June 14, 2007

**Total Fees Due on All Matters** ......................................................... **$16,993.50**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Frances Gecker | 0.50 | 500.00 | $250.00 |
| Zane L. Zielinski | 2.20 | 230.00 | $506.00 |
| Zane L. Zielinski | 61.10 | 220.00 | $13,442.00 |
| Zane L. Zielinski | 0.80 | 215.00 | $172.00 |
| Christina S. Smith | 15.90 | 165.00 | $2,623.50 |