UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| DAVIDSON, CHARLESETTA ) | | Case No. 05-29663-JDS |
| ) | | |
| Debtor(s). ) | | Hon. John D. Schwartz |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   US BANKRUPTCY COURT, 219 S. DEARBORN St, COURTROOM 719, CHICAGO, IL 60604

   On: **SEPTEMBER 20, 2007**         Time: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $242,962.17 |
   | Disbursements | $205,244.49 |
   | Net Cash Available for Distribution | $37,717.68 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Frances Gecker<br>*Trustee Compensation* | $0.00 | $14,646.46 | $0.00 |
| FRANK/GECKER LLP<br>*Attorney for Trustee* | $0.00 | $16,993.50 | $36.73 |

{ DAVIDSON / 001 / 00010552.DOC / 2}         1

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C. *Accountant for Trustee* | $1,472.75 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| n/a | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

7. Claims of general unsecured creditors totaling $6,545.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 92.29%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 00000001 | Discover Bank Discover Financial SE | $6,261.35 | $5,778.56 |
| 00000002 | Kohl's Department Store | $284.35 | $262.43 |

8. Claims of secured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and unsecured claims have been paid in full. The secured dividend is anticipated to be 0.0000%.

Allowed secured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

{ DAVIDSON / 001 / 00010552.DOC / 2}  2

9. Back to Debtor claims totaling $0.00 have been allowed and will be paid. The Back to Debtor dividend is anticipated to be 0.0000%.

Allowed Back to Debtor claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| n/a | | | |

10. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Kenneth S. Gardner, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

12. Debtor(s) have been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| VEHICLES | $2,450.00 |

Dated: **AUGUST 2,2007**                           For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      Kenneth S. Gardner
                                                      219 S. Dearborn Street, 7th Floor
                                                      Chicago, Illinois 60604

Frances Gecker (IL ARDC# 6198450)
FRANK/GECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL  60610
(312) 276-1401

{ DAVIDSON / 001 / 00010552.DOC / 2}                    3

## **SERVICE LIST**

**CHARLESETTA DAVIDSON**
**05 B 29663**

Frances Gecker
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL  60610

Alan D. Lasko
Alan D. Lasko & Associates, P.C.
29 South LaSalle Street, Suite 1240
Chicago, IL  60603

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1              Date Rcvd: Aug 02, 2007
Case: 05-29663                    Form ID: pdf002              Total Served: 12

The following entities were served by first class mail on Aug 04, 2007.
db          +Charlesetta Davidson,   12642 S Paulina Ave,   Calumet City, IL 60409
aty         +Berton J Maley,   15W030 North Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
aty         +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
             Orland Park, IL 60462-3760
aty         +Zane L Zielinski,   Frank/Gecker LLP,   325 N. LaSalle,   Suite 625,   Chicago, IL 60610-6465
tr          +Frances Gecker,   325 North LaSalle Street,   Suite 625,   Chicago, IL 60610-6465
acc         +Alan D Lasko,   Alan D Lasko & Associates Pc,   29 South Lasalle Street,   Chicago, IL 60603-1507
cr          +Mortgage Electronic Registration Systems, In,   c/o Codilis & Associates, P.C.,
             15W030 North Frontage Road, Suite 100,   Burr Ridge, IL 60527-6921
9627532     +Carson Pirie Scott & Co.,   P.O. Box 12098,   Jackson, MS 39236-2098
9627535     +Kohl's,   P.O. Box 3120,   Milwaukee, WI 53201-3120
10745109    +Kohl's Department Store,   c/o Creditors Bankruptcy Service,   P OBox 740933,
             Dallas, TX 75374-0933

The following entities were served by electronic transmission on Aug 03, 2007.
10729025     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2007 04:17:01
             Discover Bank Discover Financial Services,   PO Box 8003,   Hilliard OH 43026
9627533      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 03 2007 04:17:01      Discover Card,
             P.O. Bopx 30952,   Salt Lake City, UT 84130
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Frank/Gecker LLP
acc          Alan D Lasko & Assocs PC
br           Eve Parenti
br           New Life Real Estate
9627534      GMAC Mortgage
                                                                                              TOTALS: 5, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2007**                    **Signature:** *Joseph Speetjens*