# EXHIBIT C

{ GEN00001 / 001 / 00007818.DOC /}

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 05-29663 -JDS
Case Name: DAVIDSON, CHARLESETTA
Taxpayer ID No: ******5642
For Period Ending: 12/31/07

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: ******3532  MONEY MARKET
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/06 | | Greater Illinois Title Company<br>120 N. LaSalle Street<br>Suite 900<br>Chicago, IL 60602 | Sale of Real Property | | 43,762.12 | | 43,762.12 |
| | | | Memo Amount: 235,000.00<br>Real Estate | 1110-000 | | | |
| | | | Memo Amount: ( 9,750.00 )<br>BROKER'S COMMISSION | 3510-000 | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 135.00 )<br>Title examination | 2500-000 | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 1,025.00 )<br>TITLE INSURANCE | 2500-000 | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 3.00 )<br>State of IL Policy Fee | 2500-000 | | | |
| | | | Memo Amount: ( 117.50 )<br>City/County Tax/Stamps | 2820-000 | | | |
| | | | Memo Amount: ( 235.00 )<br>State Tax/stamps | 2820-000 | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount: ( 36.00 )<br>Certificate of Release | 2500-000 | | | |
| | | | Memo Amount: ( 425.00 )<br>Survey Fees | 2500-000 | | | |
| | | | Memo Amount: ( 7,500.00 )<br>Debtor's Exemption | 8100-002 | | | |
| | | NEW LIFE REAL ESTATE | Memo Amount: ( 100.97 )<br>Broker's Expenses | 3520-000 | | | |
| | | GREATER ILLINOIS TITLE COMPANY | Memo Amount: ( 15.50 ) | 2500-000 | | | |

Page Subtotals    43,762.12    0.00

LFORM24    Ver: 12.61a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-29663 -JDS | | Trustee Name: | Frances Gecker | |
|---|---|---|---|---|---|
| Case Name: | DAVIDSON, CHARLESETTA | | Bank Name: | BANK OF AMERICA | |
| Taxpayer ID No: | ******5642 | | Account Number / CD #: | ******3532 MONEY MARKET | |
| For Period Ending: | 12/31/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GMAC MORTGAGE | Delivery Fee | | | | |
| | | | Memo Amount: ( 166,964.73 ) | 4110-000 | | | |
| | | | FIRST MORTGAGE | | | | |
| | | | Memo Amount: ( 2,000.00 ) | 3510-000 | | | |
| | | | Deposit to Broker's Commission | | | | |
| | | | Memo Amount: ( 1,851.25 ) | 2820-000 | | | |
| | | | County Taxes on Real Estate | | | | |
| | | | Memo Amount: ( 1,078.93 ) | 2820-000 | | | |
| 04/27/06 | | Greater Illinois Title Company<br>120 N. LaSalle Street<br>Suite 900<br>Chicago, IL 60602 | 2006 County Taxes on Real Estate<br>Check held for Debtor | 1110-000 | 7,500.00 | | 51,262.12 |
| 05/11/06 | 001000 | Charlesetta Davidson | Debtor's Exemption | 8100-002 | | 7,500.00 | 43,762.12 |
| 05/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 42.02 | | 43,804.14 |
| 06/30/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 36.00 | | 43,840.17 |
| 07/24/06 | 001001 | Sheryl Davidson<br>5817 S. Columbia Avenue<br>Hammond, IN 46320 | Per Settlement Agreement and Order | 8500-002 | | 5,000.00 | 38,840.17 |
| 07/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.23 | | 38,877.35 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.16 | | 38,910.51 |
| | | | | Page Subtotals | 7,648.41 | 12,500.00 | |

LFORM24                                                                                                                                Ver. 12.61a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

| Case No: | 05-29663 -JDS |
|---|---|
| Case Name: | DAVIDSON, CHARLESETTA |
| Taxpayer ID No: | ******5642 |
| For Period Ending: | 12/31/07 |

| Trustee Name: | Frances Gecker |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******3532 MONEY MARKET |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 31.98 | | 38,942.50 |
| 10/04/06 | 001002 | ALAN D. LASKO & ASSOCIATES, P.C. | Per Court Order dated 9/28/06<br>Fees 1,458.00<br>Expenses 14.75 | 3410-000<br>3420-000 | | 1,472.75 | 37,469.76<br>37,469.75 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.52 | | 37,502.27 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 30.82 | | 37,533.10 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 31.87 | | 37,564.97 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 31.91 | | 37,596.88 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 28.84 | | 37,625.72 |
| 03/21/07 | 001003 | INTERNATIONAL SURETIES, LTD.<br>Suite 500<br>203 Carondelet Street<br>New Orleans, LA 70130 | Bond Payments | 2300-000 | | 33.86 | 37,591.86 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 31.94 | | 37,623.80 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 30.93 | | 37,654.73 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 31.98 | | 37,686.71 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 30.97 | | 37,717.68 |
| | | | Page Subtotals | | 313.76 | 1,506.61 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-29663 -JDS | | Trustee Name: | Frances Gecker | |
|---|---|---|---|---|---|
| Case Name: | DAVIDSON, CHARLESETTA | | Bank Name: | BANK OF AMERICA | |
| Taxpayer ID No: | *******5642 | | Account Number / CD #: | ******3532 MONEY MARKET | |
| For Period Ending: | 12/31/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.04 | | 37,749.72 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.06 | | 37,781.78 |
| 09/20/07 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 15.53 | | 37,797.31 |
| 09/20/07 | | Transfer to Acct #*******3820 | Final Posting Transfer | 9999-000 | | 37,797.31 | 0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | 51,803.92 | 51,803.92 |
| | Less: Bank Transfers/CD's | 0.00 | 37,797.31 |
| | Subtotal | 51,803.92 | 14,006.61 |
| Memo Allocation Receipts: 235,000.00 | Less: Payments to Debtors | | 7,500.00 |
| Memo Allocation Disbursements: 191,237.88 | Net | 51,803.92 | 6,506.61 |
| Memo Allocation Net: 43,762.12 | | | |

Page Subtotals      79.63      37,797.31

LFORM24                                                                                                                                                                                                                                                                            Ver: 12.61a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 05-29663 -JDS | | Trustee Name: | Frances Gecker | | |
|---|---|---|---|---|---|---|
| Case Name: | DAVIDSON, CHARLESETTA | | Bank Name: | BANK OF AMERICA | | |
| Taxpayer ID No: | ******5642 | | Account Number / CD #: | ******3820 GENERAL CHECKING | | |
| For Period Ending: | 12/31/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/07 | | Transfer from Acct #******3532 | Transfer In From MMA Account | 9999-000 | 37,797.31 | | 37,797.31 |
| 09/20/07 | 001000 | FRANCES GECKER FRANK/GECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60610 | Chapter 7 Compensation/Fees | 2100-000 | | 14,646.46 | 23,150.85 |
| 09/20/07 | 001001 | FRANK/GECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60610 | Fees  16,993.50 Expenses  36.73 | 3110-000 3120-000 | | 17,030.23 | 6,120.62 6,120.62 |
| 09/20/07 | 001002 | Discover Bank Discover Financial Services PO Box 8003 Hilliard OH 43026 | Claim 000000001, Payment 93.50603% | 7100-000 | | 5,854.74 | 265.88 |
| 09/20/07 | 001003 | Kohl's Department Store c/o Creditors Bankruptcy Service P OBox 740933 Dallas, TX 75374 | Claim 000000002, Payment 93.50448% | 7100-000 | | 265.88 | 0.00 |

Page Subtotals  37,797.31  37,797.31

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-29663 -JDS
Case Name: DAVIDSON, CHARLESETTA
Taxpayer ID No: ******5642
For Period Ending: 12/31/07

Trustee Name: Frances Gecker
Bank Name: BANK OF AMERICA
Account Number / CD #: ******3820 GENERAL CHECKING

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | | 0.00 | | | |
| | | Memo Allocation Disbursements: | | 0.00 | | | |
| | | Memo Allocation Net: | | 0.00 | | | |
| | | | COLUMN TOTALS | | 37,797.31 | 37,797.31 | |
| | | | Less: Bank Transfers/CD's | | 37,797.31 | 0.00 | |
| | | | Subtotal | | 0.00 | 37,797.31 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 37,797.31 | |
| | | Total Allocation Receipts: 235,000.00 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
| | | Total Allocation Disbursements: 191,237.88 | TOTAL - ALL ACCOUNTS | | | | |
| | | | MONEY MARKET - ********3532 | | 51,803.92 | 6,506.61 | |
| | | Total Memo Allocation Net: 43,762.12 | GENERAL CHECKING - ********3820 | | 0.00 | 37,797.31 | Total Funds On Hand |
| | | | | | 51,803.92 | 44,303.92 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |

Trustee's Signature: _Frances Gecker, Trustee_ Date: 2/4/08

Page Subtotals 0.00 0.00

LFORM24 Ver: 12.61a