UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )        CHAPTER 7
                                          )
DAVIDSON, CHARLESETTA                     )        CASE NO.  05 B 29663
                                          )
            Debtor.                       )        HONORABLE JOHN D. SCHWARTZ

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:    Frances Gecker, Trustee
        Registrant's e-mail:  fgecker@fgllp.com**

        **Please Take Notice** that on **March 31, 2008,** the United States Trustee for the
Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the
Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final
Account, a copy of which is herewith served upon you.

        The United States Trustee has reviewed the Trustee's Final Account and Application
to Close Case and Discharge the Trustee in accordance with the standards set forth in the
Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's
certification that the estate has been fully administered and is ready to close.

                                          WILLIAM T. NEARY
                                          UNITED STATES TRUSTEE

DATED:    March 31, 2008            BY: /s/ Kathryn Gleason
                                        Kathryn Gleason, Attorney
                                        OFFICE OF THE U.S. TRUSTEE
                                        227 WEST MONROE, SUITE 3350
                                        CHICAGO, ILLINOIS  60606
                                        (312) 886-3327

**CERTIFICATE OF SERVICE**
        I, Kathryn Gleason, Attorney, state that pursuant to Section II, B, 4 of the
Administrative Procedures for the Case Management/Electronic Case Filing System and
Fed. R. Civ. P. 5(a), service on the Trustee of the above Notice of Filing of U.S. Trustee's
Memorandum of Review of Trustee's Final Account was accomplished through the Court's
Electronic Notice for Registrants on March 31, 2008.

                                          /s/ Kathryn Gleason